UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS L. ARMENTERO,<br><br>        Petitioner,<br><br>v.<br><br>UNITED STATES<br>IMMIGRATION CUSTOMS<br>ENFORCEMENT,<br><br>        Respondent. | Case No. CV 17-2213 TJH (FFM)<br><br>ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE DISMISSED AS MOOT |

On October 27, 2017 Petitioner Luis L. Armentero filed a petition for writ of habeas corpus before this Court claiming he was being unlawfully detained by United States Immigration Customs Enforcement, seeking release as his sole remedy. (See Dkt. No. 1.) The Court takes judicial notice of Dkt. No. 4, in Case No. CV 18-0409 TJH (FFM), a notice that mail was returned on March 12, 2018 because the petitioner was "released" from custody. Thus, it appears that Armentero's petition for writ of habeas corpus is moot because he has been released as demanded.

//

Therefore, the Court orders petitioner to show cause in writing within fourteen (14) days of the date of this order why the petition should not be dismissed as moot. If petitioner fails to provide a timely response to this order, the Court will recommend that the petition be dismissed as moot.

IT IS SO ORDERED.

DATE: March 19, 2018

    /S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge